**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| **KATHRYN BAILEY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cv-1145 (LMB/IDD) |
| | ) | |
| **NAVSTAR, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS STIPULATED** by and between the parties named in this action through their respective counsel that the above-captioned matter be and is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties shall bear their own respective costs and attorneys' fees.

Entered into this ___ day of January, 2017.

_____
District Court Judge
U.S. District Court for the Eastern District
of Virginia, Alexandria Division

**SEEN AND AGREED:**

| **TULLEY RINCKEY PLLC** | **JACKSON LEWIS P.C.** |
|---|---|
| By: /s/ Rachelle S. Young | By: /s/ John M. Remy |
| Rachelle S. Young (VA Bar No. 75549) | John M. Remy (VA Bar No. 65863) |
| Ryan Green (VA Bar No. 79609) | 10701 Parkridge Boulevard, Suite 300 |
| 815 Connecticut Ave., N.W. | Reston, VA 20191 |
| Suite 720 | (703) 483-8300 (Telephone) |
| Washington, DC 20006 | (703) 483-8301 (Fax) |
| (202) 787-1900 (Telephone) | RemyJ@JacksonLewis.com |
| (202) 640-2059 (Fax) | |
| RYoung@FedAttorney.com | *Counsel for Defendant* |
| RGreen@FedAttorney.com | |
| *Counsel for Plaintiff* | |

Dated: January 4, 2017

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of January, 2017, I electronically filed the foregoing *Joint Stipulation of Dismissal with Prejudice* with the Clerk of the Court using the CM/ECF system, and I hereby certify that I will mail the document by U.S. mail upon counsel for Plaintiff at the following address:

Rachelle S. Young, Esq.
Tully Rinckey PLLC
815 Connecticut Ave., N.W.
Suite 720
Washington, DC  20006

By: /s/ John M. Remy
John M. Remy (VA Bar No. 65863)
**JACKSON LEWIS P.C.**
10701 Parkridge Boulevard, Suite 300
Reston, VA  20191
(703) 483-8300 – Phone
(703) 483-8301 – Fax
RemyJ@JacksonLewis.com

*Counsel for Defendant*